IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAINT TORRANCE,<br>aka TORRANCE SMITH,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>FIRSTAR, d/b/a U.S. BANK, NA, et. al.,<br><br>　　　　Defendant(s). | Case Number: 1:06cv437<br><br>District Judge Susan J. Dlott |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on October 19, 2007(Docs. 43 and 44) and filed on October 26, 2007 (Doc. 46), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 8, 2007, and November 15, 2007 respectively, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant's Motion to Dismiss (Doc. 10) is **GRANTED** and Plaintiff's Complaint as it pertains to Defendant US Bank is **DISMISSED.**

Defendant Helvey and Associates' Motion for Summary Judgment (Doc. 15) is **GRANTED** and Plaintiff's Complaint is **DISMISSED** as it pertains to Defendant Helvey and Associates.

The City of Cincinnati's Motion for Judgment on the Pleadings (Doc. 25) is **GRANTED.** Plaintiff's complaint is **DISMISSED** against Defendant Cincinnati Water Works and to the extent Plaintiff's complaint is construed as against the City, Plaintiff's complaint is **DISMISSED** against the City of Cincinnati.

This case is hereby **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

_

      ___s/Susan J. Dlott_____
      Susan J. Dlott
      United States District Judge